**FILED**

MAY 21 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MONROE T. DYSON,

        Plaintiff,                        CIV S-01-0604 EJG PAN

       v.

STATE OF CALIFORNIA, CALIFORNIA
YOUTH AUTHORITY,

        Defendants.               FINDINGS & RECOMMENDATION

—oOo—

       Plaintiff sued his former employer, California Youth Authority ("CYA") for employment discrimination and wrongful termination in violation of Title VII of the Civil Rights Act and California's Fair Employment and Housing Act.

       On January 18, 2002, Magistrate Judge Gregory H. Hollows granted defendants' motion to compel deposition testimony, granted defendants an additional four hours to examine plaintiff, and granted defendants' request that plaintiff pay costs associated with the additional deposition time including videographer's fee. On May 6, after another dispute arose at deposition, I ordered plaintiff pay $1154.94 fees associated with that deposition within three days and warned, "[i]f

86

1  plaintiff fails to comply with this order, I will recommend his action be dismissed." On May 15,
2  counsel for defendants notified me that plaintiff had not paid the fees.
3       Failing to comply with a court order may result in dismissal. Fed. R. Civ. P. 41.
4       To dismiss a case as a sanction for failing to comply with a court order, I must consider
5  five factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to
6  manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring
7  disposition of cases on their merits; and (5) the availability of less drastic alternatives. <u>Yourish
8  v. California Amplifier</u>, 191 F.3d 983 (9th Cir. 1999) (citing <u>Hernandez v. City of El Monte</u>, 138
9  F.3d 393 (9th Cir. 1998)).
10      Plaintiff has twice forestalled completion of discovery by obstructing discovery and
11 failing to obey court orders requiring he pay his adversaries' fees. Defendants would be
12 prejudiced if forced to proceed without the information they seek at deposition. Plaintiff has
13 been warned of the consequences for failing to respond and additional warnings or rebukes
14 would be ineffective.
15      Accordingly, I recommend this action be dismissed.
16      Dated: May 20, 2002.

                                                   Peter A. Nowinski
                                       United States Magistrate Judge

```
                United States District Court
                          for the
                Eastern District of California
                       May 21, 2002


              * * CERTIFICATE OF SERVICE * *


                                       2:01-cv-00604

    Dyson

        v.

    State of CA
_____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  May 21, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Gregory Patrick Goehring              CL/EJG
        Gregory P Goehring
        431 South Ham Lane                    TM/PAN
        Suite A-2
        Lodi, CA   95242

        Leslie A Burgermyer
        Attorney General's Office
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA   94244-2550




                                       Jack L. Wagner, Clerk

                                       BY:
                                           Deputy Clerk
```